1

JS-6

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  KELSEY D., | Case No. 2:22-cv-04624-KES |
| 12              Plaintiff, | |
| 13       v. | **JUDGMENT** |
| 14  KILOLO KIJAKAZI, Acting | |
| 15  Commissioner of Social Security, | |
| 16              Defendant. | |
| 17 | |

18

19       IT IS HEREBY ADJUDGED that, for the reasons set forth in the

20  Memorandum Opinion and Order, the decision of the Commissioner of the Social

21  Security Administration is affirmed.

22

23  DATED: March 15, 2023        _____

24                               KAREN E. SCOTT
                                 United States Magistrate Judge
25

26

27

28